UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:16-cr-141-JCM-GWF** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LINO SOUSA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion was filed and served on July 11, 2016. Pursuant to the Court's Order, the Government's response deadline is July 20, 2016.

2. On July 11, 2016, the parties filed a stipulation to continue the trial in this matter. *See* Docket #19. The stipulation was granted on July 12, 2016 and the trial was continued until October 3, 2016. *See* Docket #23.

3. The Government has tendered a plea agreement to the Defendant in an attempt to resolve this case. Counsel for the Defendant needs time to discuss the proposed plea agreement with the Defendant. A successful resolution of this case will obviate the need for the Court to consider the Defendant's Motion.

4. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties an attempt to resolve this matter with a plea agreement.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice and would result in an unnecessary expense of the Court's resources.

7. Undersigned counsel for the Government will be out of the jurisdiction from July 25, 2016 until at least July 30, 2016.

8. This is the first stipulation filed herein to continue the Government's response deadline and the motion hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion response deadline.

## CONCLUSIONS OF LAW

The additional time requested herein is not sought for purposes of delay, but merely to allow the parties an opportunity to resolve this matter via a plea agreement. The failure to grant said continuance would likely result in a miscarriage of justice and an unnecessary expense of the Court's resources.

## ORDER

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Disclose Confidential Informant and Related Information (Docket #20) is extended until _____August 5_____, 2016, and that the previously-scheduled motion hearing, presently set for July 25, 2016 at 10:30 a.m., is continued until _____August 17_____, 2016 at __3:30__ p.m.

_____
UNITED STATES MAGISTRATE JUDGE