UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>LINO SOUSA,<br><br>            Defendant. | Case No. 2:16-cr-00141-JCM-GWF<br><br>**ORDER ON THE UNOPPOSED MOTION TO WITHDRAW THE MOTION FOR A COURT ORDER FOR A SUBPOENA (ECF NO. 16) AND MOTION TO DISCLOSE CONFIDENTIAL INFORMANT (ECF NO. 20) WITHOUT PREJUDICE** |

Based on the Unopposed Motion to Withdraw the Motion for a Court Order for a Subpoena (ECF No. 16) and Motion to Disclose Confidential Informant (ECF No. 20) Without Prejudice and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion is hereby GRANTED, and Motions (ECF Nos. 16 and 20) are withdrawn without prejudice.

DATED this 12th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE